In the Matter of the Probate of the Will of ALEXANDER
H. WEED, Deceased.

MARY E. ARTHUR, Appellant; FRANK B. WICKES,
Respondent.

*Matter of Weed,* 143 App. Div. 822, affirmed.
(Argued January 9, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered

March 7, 1911, which affirmed a decree of the Essex County Surrogate's Court admitting to probate the will of Alexander H. Weed, deceased.

*James W. Verbeck* for appellant.

*Francis A. Smith* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.